1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                  DISTRICT OF NEVADA

8                                          * * *

9    IVAN LEE MATTHEWS, II,                     Case No. 3:19-cv-00220-MMD-CBC

10                                 Plaintiff,            ORDER

11         v.

12   LISA WALSH, et al.,

13                                 Defendants.

14

15   I.      DISCUSSION

16          Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections

17   ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has

18   filed an application to proceed in forma pauperis. (ECF No. 1, 1-1).

19          Plaintiff's application to proceed in forma pauperis is incomplete. Pursuant to 28

20   U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to

21   proceed in forma pauperis and attach both an inmate account statement for the past six

22   months and a properly executed financial certificate. Plaintiff has not submitted a properly

23   executed financial certificate or an inmate account statement. (See ECF No. 1).

24   Therefore, the in forma pauperis application is denied without prejudice. The Court will

25   retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of

26   the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure

27   the deficiencies of his application to proceed in forma pauperis, or in the alternative, pay

28

the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis* with the required financial documents.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED THIS | day of May, 2019.

UNITED STATES MAGISTRATE JUDGE

2